THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TERRANCE L. MACK, Respondent.

Submitted July 25, 2016; decided September 8, 2016

Motion for reargument denied [*see* 27 NY3d 534 (2016)].